■ RICHARD BOWES et al., Appellants, v. COMMISSION TO INVESTIGATE ALLEGATIONS OF POLICE CORRUPTION AND THE CITY'S ANTI-CORRUPTION PROCEDURES et al., Respondents.—

No opinion. Concur — Capozzoli, J. P., McGivern, Nunez, Kupferman and McNally, JJ. [See opinion in *Fahy* v. *Commission to Investigate*, 65 Misc 2d 781.]

## (April 8, 1971)

■ In the Matter of KNOLLWOOD PARK CEMETERY, INC., Respondent, v. JOHN P. LOMENZO et al., Constituting the Cemetery Board of the State of New York, Appellants.—

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and Kupferman, JJ.